Louis Sachs, appellee, v. American Railway Express Company, appellant.

Action to recover the value of furs lost while in the custody of defendant for shipment. Judgment for plaintiff. Appeal from the Circuit Court of Marion county; the Hon. Thomas E. Ford, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed March 24, 1922.

Frank F. Noleman, June C. Smith and Andrew J. Dallstream, for appellant. Charles H. Holt, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

Max Sonzinsky, appellant, v. F. C. Blankenship, appellee.

Suit upon a building contract for the erection of buildings by appellee. Decree for plaintiff. Appeal from the City Court of East St. Louis; the Hon. Silas Cook, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded with directions. Opinion filed March 24, 1922.

D. J. Sullivan, for appellant. E. W. Eggmann, for appellee.

Mr. Justice Barry delivered the opinion of the court.

---

W. F. Loyd, appellant, v. Charles W. Robertson, appellee.

Action upon a promissory note. Judgment for defendant in circuit court on appeal from a judgment for plaintiff in justice's court. Appeal from the Circuit Court of Clay county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed March 24, 1922.

A. N. Tolliver, for appellant. James H. Smith, for appellee.

Mr. Justice Barry delivered the opinion of the court.

---

Arnold Freeburg, defendant in error, v. W. L. Ross, receiver of the Toledo, St. Louis & Western Railroad Company, plaintiff in error.

Action for personal injuries sustained in a collision with a train at a grade crossing. Judgment for plaintiff. Error to the City Court of East St. Louis; the Hon. M. R. Sullivan, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed March 24, 1922. Certiorari denied by Supreme Court (making opinion final).

C. E. Pope, for plaintiff in error. Beasley & Zulley, for defendant in error.

Mr. Justice Barry delivered the opinion of the court.

---

Thomas A. Blazier, appellant, v. Calloway N. Streeper et al., appellees.

Suit in chancery to have a lien declared in favor of appellant upon an automobile and for payment of the amount thereof and of a fine levied against him for resisting an officer's levy of an unlawful attachment. Bill dismissed for want of equity. Appeal from the City Court of Alton; the Hon. Levi D. Yager, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed March 24, 1922.

William P. Boynton, for appellant. C. C. Ellison, for appellees.

Mr. Justice Barry delivered the opinion of the court.